UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23770-CIV-UNGARO
MAGISTRATE JUDGE P.A. WHITE

ROMILUS BALTASARAS,          :

    Plaintiff,              :

v.                           :        REPORT RE TRANSFER
                                                 TO CORRECT VENUE
SCOTT MIDDLEBROOKS,          :
ET AL.,

    Defendants.             :
_____

    Romilus Baltasaras, currently confined in USP Terre Haute, Indiana, has filed a pro se civil rights complaint alleging claims which arose out of conditions at the Federal Correctional Complex in Coleman, Florida.[1] The federal prison where the alleged incidents took place, as well as all the named defendants reside in Coleman in the Middle District of Florida. The plaintiff is located in Indiana.

    The appropriate venue provision in this case is 28 U.S.C. §1391(b). Clark v. Harp, 737 F.Supp. 676 (D. D.C. 1990); Harley v. Oliver, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated.

---

[1] The plaintiff appears to be attempting to overturn a disciplinary report entered in Coleman.

This case has no connection with the Southern District of Florida, and it is therefore recommended that the Clerk be directed to transfer it to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §1406(a), where the events occurred and the defendants reside.

Objections to this Report may be filed within fourteen days following receipt.

Dated this day of 8th November, 2010.

UNITED STATES MAGISTRATE JUDGE

cc: Romilus Baltasaras, Pro Se
 #15297-056
 USP Terre Haute, Indiana
 Address of record