# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 10-23770-CIV-UNGARO

ROMILUS BALTASARAS,

    Plaintiff,

v.

WARDEN MIDDLEBROOKS, *et al.*,

    Defendants.

_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon the Petitioner's *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983, filed October 19, 2010. (D.E. 1.) The matter was referred to Magistrate Judge Patrick A. White, who, on November 8, 2010, issued a Report recommending that, pursuant to 28 U.S.C. § 1406(a), the case be transferred to the United States District Court for the Middle District of Florida, because that is the district in which Plaintiff is incarcerated and in which the events that are the subject of this action allegedly occurred. (D.E. 6.) The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed. Accordingly, after conducting a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 6) is RATIFIED, ADOPTED, AND AFFIRMED. The Clerk of the Court shall TRANSFER the Complaint (D.E. 1) to the Middle District of Florida.

DONE and ORDERED in Chambers, at Miami, Florida this _30th_ day of November, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT COURT

copies provided:
Romilus Baltasaras, *pro se*